IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-PO-003 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| JOY QUEEN, | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 4510.11(A) |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. §§ 7 & 13 and O.R.C. § 4510.11(A))

On or about November 7, 2017, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **JOY QUEEN**, whose driver's license had been suspended, did operate a motor vehicle upon the public roads and highways within this state during the period of suspension.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 4510.11(A).

DAVID M. DEVILLERS
United States Attorney

*/s/ Julienne McCammon*
JULIENNE MCCAMMON
Special Assistant United States Attorney